DENNIS MADIGAN, Plaintiff-Appellee, *v.* THE POLICE BOARD OF THE CITY OF CHICAGO, Defendant-Appellant.

(No. 55735;

First District—October 31, 1972.

Opinion by Mr. PRESIDING JUSTICE STAMOS.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Gayle F. Haglund, Assistant Corporation Counsel, of counsel,) for appellant.

John D. Moss, of Chicago, for appellee.